UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LISA A. PRYZGODA, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>PEOPLE'S UNITED BANK, N.A.; and PEOPLE'S UNITED FINANCIAL, INC.,<br><br>　　　Defendants. | Case No. 1:18-cv-4299-JSR<br><br>Hon. Jed S. Rakoff<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE* OF FRANK S. HEDIN** |

　　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Frank S. Hedin, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff Lisa A. Pryzgoda and the Putative Class in the above-captioned action.

　　　I am in good standing of the Bars of the State of California and the State of Florida (*see* Composite Exhibit 1 attached hereto) and there are no pending disciplinary proceedings against me in any state or federal court.  As reflected in the attached affidavit, I have never been convicted of a felony, I have never been censured, suspended, disbarred, or denied admission or readmission by any court, and there are no disciplinary proceedings presently against me.

Dated:  May 21, 2018

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**HEDIN HALL LLP**

　　　　　　　　　　　　　　　　　　  /s/ Frank S. Hedin
　　　　　　　　　　　　　　　　　　Frank S. Hedin
　　　　　　　　　　　　　　　　　　1395 Brickell Ave, Suite 900
　　　　　　　　　　　　　　　　　　Miami, Florida 33131
　　　　　　　　　　　　　　　　　　Telephone: (305) 357-2107
　　　　　　　　　　　　　　　　　　Facsimile: (305) 200-8801
　　　　　　　　　　　　　　　　　　fhedin@hedinhall.com

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

                                            /s/ Frank S. Hedin
                                            Frank S. Hedin