UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LISA A. PRYZGODA, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>PEOPLE'S UNITED BANK, N.A.; and PEOPLE'S UNITED FINANCIAL, INC.,<br><br>　　　Defendants. | Case No. 1:18-cv-4299-JSR<br><br>Hon. Jed S. Rakoff<br><br>**AFFIDAVIT OF FRANK S. HEDIN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Frank S. Hedin, declare as follows:

　　　1.　　I am an attorney with the law firm Hedin Hall LLP, counsel for plaintiff in this action. I am a member in good standing of the State Bar of California and the State Bar of Florida. This affidavit is made in support of my motion for *pro hac vice* admission to this Court. I make this declaration based on my personal knowledge and, if called upon to do so, could and would testify competently thereto.

　　　2.　　I have never been convicted of a felony.

　　　3.　　I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

　　　4.　　There are no disciplinary proceedings presently against me.

　　I declare under penalty of perjury under the laws of the United States this 21st day of May, 2018 in Miami, Florida that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　　　　/s/ Frank S. Hedin_____
　　　　　　　　　　　　　　　　　　　　　　Frank S. Hedin