UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LISA A. PRYZGODA, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>PEOPLE'S UNITED BANK, N.A.; and PEOPLE'S UNITED FINANCIAL, INC.,<br><br>　　Defendants. | Case No. 1:18-cv-4299-JSR<br><br>Hon. Jed S. Rakoff<br><br>[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* |

　　The motion of Frank S. Hedin ("Applicant") for admission to practice *pro hac vice* in the above-captioned action is hereby **GRANTED**.

　　Applicant has certified that he is a member in good standing of the Bars of the State of Florida and the State of California and that his contact information is as follows:

Frank S. Hedin
**HEDIN HALL LLP**
1395 Brickell Avenue, Suite 900
Miami, FL 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
fhedin@hedinhall.com

　　**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the U.S. District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

　　Dated this _____ day of _____, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Jed S. Rakoff
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge