# COMPOSITE EXHIBIT 1



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### FRANK S. HEDIN

I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that **FRANK S. HEDIN, #291289,** was on the 20th day of *September, 2013*, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 16th day of May, 2018.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By: _____
C. Rivera, Assistant Deputy Clerk

# Supreme Court of Florida
## Certificate of Good Standing

*I JOHN A. TOMASINO*, Clerk of the Supreme Court of the State of Florida, do hereby certify that

**FRANK S. HEDIN**

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **April 30, 2014**, is presently in good standing, and that the private and professional character of the attorney appear to be good.

WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this May 21, 2018.

_____
Clerk of the Supreme Court of Florida.